(Reap. Dec. 10782)

G. E. POSEY CORP. *v.* UNITED STATES

Entry No. 1850–H.

(Decided June 24, 1964)

*Glad & Tuttle* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain ungalvanized steel wire rope, exported from the United Kingdom on or about July 18, 1962.

Stipulated facts, upon which the case has been submitted, established that the proper basis for the instant merchandise is statutory export value and that such value therefor is the invoiced values.

Judgment will be rendered accordingly.